In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to MYRON J. SHON, Admitted as MEYER SHON, an Attorney, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

J. R. CONSTRUCTION CORP., Respondent, v. BERKELEY APTS., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

NATHAN KASPIN and Another, Copartners Doing Business as ATLANTIC TIN-SMITH SUPPLY COMPANY, Respondents, v. EUGENE THAW and Others, Defendants, and AARON KAHAN, Appellant.— Motion to modify order dated June 11, 1941, denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

HELEN KRUTEL, Appellant, v. IRVING KRUTEL, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

LARPEG REALTY CORPORATION, Plaintiff, v. ELLA C. McGRATH, Defendant.— Motion to correct an alleged misstatement in decision [see ante, p. 904] denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

AARON MORRIS and GEORGE STAMPER, as Assignees of NELLIE FLYNN, Individually and as Executrix of BERNARD FLYNN, Deceased, Respondents, v. HERMAN COHEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

LOIS NORTON, as Administratrix, etc., of LINA GARNSEY, Deceased, Respondent, v. PHILLIPS PETROLEUM COMPANY and Others, Appellants.— Motion to modify order denied, without costs, but without prejudice. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THOMAS PURPORA, Appellant, v. CONEY ISLAND DAIRY PRODUCTS CORP., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS BIONDOLETTI, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

TOY T. ROBERTS and Another, Appellants, v. PETER LARSEN and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ISIDOR ROHATINER, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

RUBEL COAL & ICE CORPORATION, Respondent, v. LEON GROPMAN and Another, Defendants; MAX CYTTAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ,